*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* EC-96-3     . *Resuelto:* 15 de noviembre de 1996

## ORDEN

Se enmiendan las Secs. V y VI de nuestra Orden de 1ro de octubre de 1957, según enmendada, 4 L.P.R.A. Ap. V, para que dispongan lo siguiente:

### V. Comités asesores: miembros, funciones y deberes

.   .   .   .   .   .   .

Se constituirá un total de siete (7) comités asesores permanentes y aquellos comités ad hoc que el Tribunal Supremo constituya mediante orden al efecto. Los comités permanentes serán los siguientes:

1. Comité de Reglas de Evidencia.

---

2. Comité de Reglas de Procedimiento Civil.
3. Comité de Reglas de Procedimiento Criminal.
4. Comité de Reglas de Asuntos de Menores.
5. Comité de Reforma Judicial y de Administración del Tribunal de Primera Instancia.
6. Comité de Igualdad y Género.
7. Comité de Reglamento Notarial.

**VI. Encomienda y esfera de actividad de los comités**

(g) *Comité de Igualdad y Género.*—La encomienda y esfera de actividad de este Comité será la siguiente:

(1) Considerar y revisar las recomendaciones del Informe de la Comisión Especial que estudió el discrimen por razón de género en los tribunales.

(2) Recomendar y formular medidas para la eliminación y prevención del discrimen por razón de género.

(3) Llevar a cabo cualquier otra encomienda que le haga el Tribunal Supremo en relación a este asunto.

(h) *Comité de Reglamento Notarial.*—La encomienda y esfera de actividad de este Comité será la siguiente:

(1) Considerar y revisar el actual Reglamento Notarial.

(2) Recomendar las enmiendas o modificaciones que sean propias o necesarias al Reglamento Notarial.

(3) Llevar a cabo cualquier otra encomienda que le haga el Tribunal Supremo en relación con este asunto.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*